

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| In the Matter of the<br><br>ESTATE OF GLORIA IRMA<br>MARQUEZ. | §<br>§<br>§<br>§<br>§<br>§<br>§ | No. 08-19-00307-CV<br><br>Appeal from the<br><br>388th District Court<br><br>of El Paso County, Texas<br><br>(TC# 2019DCV4289) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the attempted appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal and this decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF JANAURY, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.